| | |
|---|---|
| 1 | Michael D. Braun (167416) |
| | Marc L. Godino (182689) |
| 2 | STULL, STULL & BRODY |
| | 10940 Wilshire Boulevard |
| 3 | Suite 2300 |
| | Los Angeles, CA 90024 |
| 4 | Tel:    (310) 209-2468 |
| | Fax:    (310) 209-2087 |
| 5 | |
| | Steven J. Toll |
| 6 | Andrew N. Friedman |
| | COHEN MILSTEIN HAUSFELD |
| 7 |   & TOLL, P.L.L.C. |
| | 1100 New York Avenue, N.W. |
| 8 | West Tower, Suite 500 |
| | Washington, D.C.  20005 |
| 9 | Tel:    (202) 408-4600 |
| | Fax:    (202) 408-4599 |
| 10 | |
| | [Additional Counsel Appear on Signature Page] |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEWIS D. BAKER, on Behalf of Himself and All Others Similarly Situated, | ) ) ) | CASE NO. C-01-20833 RS |
| Plaintiff, | ) ) | **CLASS ACTION** |
| v. | ) ) ) | NOTICE OF RELATED CASES |
| RAMBUS, INC., GEOFFREY R. TATE, DAVID MOORING, GARY G. HARMON, MARK HOROWITZ, PAUL MICHAEL FARMWALD, BRUCE S. DUNLEVIE, EDWARD H. LARSEN and WILLIAM DAVIDOW, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF RELATED CASES**
**CASE NO. C-01-20833 RS**
W:\DOCS\RAMBUS\PLD\RELATE.004

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that, pursuant to Local Rule 3-12, the above captioned action is
3  related to the actions listed below, all of which are pending in the United States District Court for
4  the Northern District of California.  All of these actions involve the same or substantially the same
5  defendants, are based on the same or similar claims, involve many of the same transactions or
6  events, involve substantially the same facts and questions of law, and are likely to involve
7  duplication of efforts if heard by different judges:

| Case Name | Case Number | Date Filed |
|---|---|---|
| Toiv v. Rambus, Inc., et al. | 01-CV-03112 | 08/10/2001 |
| Greenblatt, et al. v. Rambus, Inc., et al. | 01-CV-20803 | 08/14/2001 |
| Schwartz v. Rambus, Inc., et al. | 01-CV-03132 | 08/14/2001 |
| Will v. Rambus, Inc., et al. | 01-CV-03140 | 08/15/2001 |
| Arefi v. Rambus, Inc., et al. | 01-CV-03146 | 08/15/2001 |
| Murphy v. Rambus, Inc., et al. | 01-CV-20812 | 08/15/2001 |
| Zia v.Rambus, Inc., et al. | 01-CV-03196 | 08/20/2001 |
| Brody v. Rambus, Inc., et al. | 01-CV-03216 | 08/21/2001 |
| Giskan v. Rambus, Inc., et al. | 01-CV-20792 | 08/22/2001 |
| Queen v. Rambus, Inc., et al. | 01-CV-03232 | 08/23/2001 |
| Lowinger v. Rambus, Inc., et al. | 01-CV-03305 | 08/29/2001 |
| Schier v. Rambus, Inc., et al. | 01-CV-03403 | 09/07/2001 |
| Haney v. Rambus, Inc., et al. | 01-CV-20861 | 09/13/2001 |

Dated: September 24, 2001

Michael D. Braun
Marc L. Godino
STULL, STULL & BRODY

By:      /s/
Marc L. Godino
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:  (310) 209-2468
Fax:  (310) 209-2087

2

**NOTICE OF RELATED CASES**
**CASE NO. C-01-20833 RS**
W:\DOCS\RAMBUS\PLD\RELATE.004

|   |   |
|---|---|
| 1 | Steven J. Toll |
| 2 | Andrew N. Friedman<br>COHEN MILSTEIN HAUSFELD |
| 3 |   & TOLL, P.L.L.C.<br>1100 New York Avenue, N.W. |

Steven J. Toll
Andrew N. Friedman
COHEN MILSTEIN HAUSFELD
  & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Tel:   (202) 408-4600
Fax:   (202) 408-4599

Murray T.S. Lewis
Matthew J. Ide
COHEN MILSTEIN HAUSFELD
  & TOLL, P.L.L.C.
999 Third Avenue
Suite 3600
Seattle, WA 98104
Tel:   (206) 521-0080
Fax:   (206) 521-0166

Anthony Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
One Penn Center
1617 John F. Kennedy Boulevard
Suite 650
Philadelphia, PA 19103
Tel:   (215) 814-6750
Fax:   (215) 814-6764

Attorneys for Plaintiffs

3

**NOTICE OF RELATED CASES**
**CASE NO. C-01-20833 RS**
W:\DOCS\RAMBUS\PLD\RELATE.004